**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Kristina Smith
                                  Plaintiff,

v.                                             Case No.: 1:10−cv−03352
                                               Honorable Harry D. Leinenweber

Oakton Community College
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 15, 2011:

    MINUTE entry before Honorable Harry D. Leinenweber:Pursuant to the Stipulation, this case is dismissed with prejudice and without costs. Status hearing stricken.Civil case terminated. Mailed notice(wp, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.